**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 06-14857 |
| Plaintiff | Honorable: Patrick J. Duggan |
| | Claim Number: 1998A12246 |

-VS-

RUSSELL A. ARMSTEAD,
                Defendant

---

### ORDER ALLOWING RECORDS SUBPOENA

At a session of said Court held in the
City of Detroit, Wayne County, Michigan,
on March 13, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN

Upon the reading and filing of the Petition of the Plaintiff, and this Court being more fully informed and duly advised in the premises:

And upon the Motion of PAMELA S. RITTER, attorney for the Plaintiff;

IT IS HEREBY ORDERED that the Plaintiff may issue a subpoena to MVP MORTGAGE CORPORATION requesting a copy of the Defendant's mortgage application.

                                      s/Patrick J. Duggan
                                      Patrick J. Duggan
                                      United States District Judge

Dated: March 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2008, by electronic and/or ordinary mail.

                                      s/Marilyn Orem
                                      Case Manager