**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
          Plaintiff,

-VS-

RUSSELL ARMSTEAD,
          Defendant
_____/

Court Number: 06-14857
Honorable: Patrick J. Duggan
Claim Number: 1998A12246

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: March 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 3, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager